THE PEOPLE, Respondent, *v.* E. REMINGTON & SONS, Respondents.

In the Matter of the Application of JOHN B. WELLS and others, Creditors of E. REMINGTON & SONS, to Compel Payment of their Claims under and by virtue of chapter 376 of the Laws of 1885.

(Argued February 28, 1888; decided April 10, 1888.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made July 1, 1887, which reversed an order of Special Term adjudging certain creditors of the defendant corporation entitled to a preference, and affirmed said order in other respects.

*Edwin H. Risley* for appellants.

*Charles F. Tabor*, attorney-general, for the People, respondent.

*Francis Kernan* and *Thomas Richardson* for the receivers, respondents.

Agree to affirm on opinion below.
All concur, except EARL, J., not sitting.
Order affirmed.